Roselle State Bank, appellee, v. E. J. Basye et al., appellants. Gen. No. 7,982.

Opinion filed October 15, 1929. Rehearing denied February 4, 1930.

Samuel J. Howe, for certain appellant. Fischer & Fischer, for appellee.

Mr. Justice Jett delivered the opinion of the court.